IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FILED
JUL - 7 2021
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal No. 3:21-cr- 076 |
| v. | ) | |
| | ) | |
| CHRISTOPHER MICHAEL COFFEY, | ) | Possess with Intent to Distribute |
| | ) | Controlled Substances |
| | ) | 21 U.S.C. § 841 |
| Defendant. | ) | (Counts 1-3) |

**INDICTMENT**
**JULY 2021 TERM - At Richmond, Virginia**

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
(Possess with Intent to Distribute Methamphetamine)

On or about May 27, 2021, in the Eastern District of Virginia and within the jurisdiction

of this Court, the defendant, CHRISTOPHER MICHAEL COFFEY, did knowingly and

intentionally possess with the intent to distribute 50 grams or more of a mixture and substance

containing a detectable amount of methamphetamine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).)

**COUNT TWO**
(Possess with Intent to Distribute Heroin)

On or about May 27, 2021, in the Eastern District of Virginia and within the jurisdiction

of this Court, the defendant, CHRISTOPHER MICHAEL COFFEY, did knowingly and

intentionally possess with the intent to distribute a mixture and substance containing a detectable

amount of heroin, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

### COUNT THREE
(Possess with Intent to Distribute Cocaine Hydrochloride)

On or about May 27, 2021, in the Eastern District of Virginia and within the jurisdiction

of this Court, the defendant, CHRISTOPHER MICHAEL COFFEY, did knowingly and

intentionally possess with the intent to distribute a mixture and substance containing a detectable

amount of cocaine hydrochloride, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).)

### FORFEITURE ALLEGATIONS

Pursuant to Rule 32.2 Fed. R. Crim. P., the defendant is hereby notified that upon

conviction of the offenses alleged in Count One, Count Two, or Count Three of this Indictment,

the defendant shall forfeit to the United States all property constituting or derived from proceeds

the defendant obtained, directly or indirectly, as a result of the violations and any property used,

or intended to be used, in any manner or part, to commit or to facilitate the commission of the

offense.

(In accordance with 21 U.S.C. Section 853(a)).

A TRUE BILL

F O R E P E R S O N

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office

˅2˅

RAJ PAREKH
ACTING UNITED STATES ATTORNEY

By: _____

Olivia L. Norman
Assistant United States Attorney